## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEVIN D. MOSLEY,** | ) | **CASE NO. 8:10CV446** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DOUGLAS COUNTY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion. On December 16, 2010, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to inform the court of his current address. (Filing No. 8.) In its Memorandum and Order, the court cautioned Plaintiff that failure to show cause or to update his address by January 14, 2011, would result in dismissal without further notice. (*Id.*) Plaintiff has not responded to this court's previous Memorandum and Order nor has Plaintiff updated his address with the court.

IT IS THEREFORE ORDERED that:

1. This action is dismissed without prejudice; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 2nd day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.